United States District Court
for the District of New Jersey

_____

**HAROLD OSHINSKY**

          Plaintiff

**NEW YORK FOOTBALL GIANTS, INC., ET AL**

          Defendant
_____

Civil No. 09-1186

Order of Reassignment

It is on this 30th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Faith S. Hochberg.

          S/Garrett E. Brown, Jr.
          Garrett E. Brown, Jr., Chief Judge
          United States District Court