UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------x
HAROLD OSHINSKY, individually       :   09 Civ. 01186
and on Behalf of all Others         :   (PGS)(ES)
Similarly Situated,                 :
                                    :
            Plaintiff,              :
                                    :   STIPULATION AND ORDER
     - against -                    :
                                    :
NEW YORK FOOTBALL GIANTS, INC.,     :
GIANTS STADIUM LLC, NEW YORK JETS   :
LLC, JETS STADIUM DEVELOPMENT LLC,  :
and NEW MEADOWLANDS STADIUM         :
COMPANY, LLC,                       :
                                    :
            Defendants.             :
                                    :
------------------------------------x

WHEREAS, by Stipulation and Order signed on June 12, 2009 and entered on June 15, 2009 [Dkt. No. 33], the Court established a schedule for the briefing of motions to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6) ("Motions to Dismiss") filed by Defendants New York Football Giants, Inc. and Giants Stadium LLC (the "Giants Defendants") and Defendants New York Jets LLC and Jets Stadium Development LLC (the "Jets Defendants"); and

WHEREAS Plaintiff Harold Oshinsky ("Plaintiff"), the Giants Defendants and Jets Defendants ("Moving Defendants"), and Defendant New Meadowlands Stadium Company, LLC ("NMSCO") have agreed to a modification of the briefing schedule;

It is STIPULATED AND AGREED by and through the Parties'

respective undersigned counsel, as follows:

The date by which Plaintiff shall file his response and/or opposition to the Motions to Dismiss shall be extended from July 17, 2009 to July 22, 2009; and the date by which Moving Defendants shall file any reply papers shall be extended from August 12, 2009 to August 19, 2009.

Dated: July 14, 2009

__/s/ James V. Bashian__
James V. Bashian, Esq.
**LAW OFFICES OF
JAMES V. BASHIAN, P.C.**
70 Adams Street, 4th Floor
Hoboken, New Jersey 07030
(973) 227-6330

Andrew D. Friedman, Esq.
Of Counsel
**GLANCY BINKOW & GOLDBERG LLP**
430 Park Avenue, Suite 702
New York, New York 10022
(212) 308-6300

- and -

Joel C. Feffer, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400

**Counsel for Plaintiff**

__/s/ Elizabeth A. Figueira__
Elizabeth Anne Figueira, Esq.
Louis M. Solomon, Esq.
Hal S. Shaftel, Esq.
**PROSKAUER ROSE LLP**
1585 Broadway
New York, New York 10036
(212) 969-3000

**Counsel for the Jets Defendants and Co-Counsel for Defendant NMSCO**

__/s/ William O'Shaughnessy__
William O'Shaughnessy, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101
(973) 622-444

**Counsel for Giants Defendants and Co-Counsel for Defendant NMSCO**

ORDERED: July 16, 2009

_/s/ Peter G. Sheridan_
Honorable Peter G. Sheridan U.S.D.J.